**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN FALZON, CINDY FALZON, JOSEPH
VOELPEL, and DIANNA VOELPEL,

                                Plaintiffs,
        -against-

BRIAN FORD, STEPHANIE FORD,
SUNSTARTER SOLAR XXXIV LLC, and
SOLAR PROVIDER GROUP LLC,

                                Defendants.
-----------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/7/2020
```

19 **CIVIL** 6096 (VB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 6, 2020, the defendants' motions to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

      May 7, 2020

                                                  **RUBY J. KRAJICK**
                                                    Clerk of Court
                       **BY:**
                                                    **Deputy Clerk**